U.S. DISTRICT COURT JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RICHARD ROISE, | Case No. 3:19-CV-05001- TSZ |
| *Plaintiff*, | |
| *v.* | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| *Defendant*. | |

The stipulated motion of the parties, docket no. 16, is GRANTED, and it is hereby ORDERED that attorney fees in the total amount of $9,980.32 and expenses in the amount of $20.04 (for postage) be awarded to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010); $5.00 in costs (for photocopies) shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, EAJA expenses, and costs under § 1920 shall be made

ORDER
3:19-CV – 05001-TSZ

Law Office of Nancy J.Meserow
7540 S.W. 51st Ave.
Portland,OR 97219
(503) 560-6788

payable to Plaintiff's attorney, Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney; and mailed to her office:

>Law Office of Nancy J.Meserow
>7540 S.W. 51st Ave.
>Portland, OR 97219

Whether the check is made payable to Plaintiff, or to her attorney, Nancy J. Meserow, the check shall be mailed to Attorney Meserow at the address as indicated above.

Dated this 10th day of October, 2019.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

ORDER
3:19-CV – 05001-TSZ