UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL RICHARD ROISE,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | C19-5001 TSZ<br><br>ORDER |

Plaintiff's unopposed Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), docket no. 19, is GRANTED. Plaintiff's attorney , Nancy J. Meserow, Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, Oregon 97219, is awarded an attorney fee of $24,655.63 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $13,183.45 under the Equal Access to Justice Act, leaving a remaining fee of $11,472.18. Defendant is directed to send $11,472.18 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. After sending the attorney fee to Plaintiff's attorney, Defendant should release any remaining withheld funds directly to Plaintiff.

ORDER - 1

1   IT IS SO ORDERED.

2   Dated this 22nd day of November, 2021.

                                                      */s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2